**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| JILL VAN DYKE, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:12-cv-00756-HEH |
| ) | |
| v. ) | |
| ) | **VOLUNTARY DISMISSAL** |
| VALENTINE & KEBARTAS, INC., ) | |
| ) | |
| Defendant. ) | |

## VOLUNTARY DISMISSAL

JILL VAN DYKE (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, VALENTINE & KEBARTAS, INC., (Defendant), in this case.

DATE: April 23, 2013                    RESPECTFULLY SUBMITTED,

                         By: /s/ Richard W. Ferris_____
                             Richard W. Ferris
                             530 E. Main St. Ste 710
                             Richmond, VA 23219
                             804-767-1800
                             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, I electronically filed the foregoing Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Richard W. Ferris
Richard W. Ferris
